1  McGREGOR W. SCOTT
United States Attorney
2  VINCENZA RABENN
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT
10
               EASTERN DISTRICT OF CALIFORNIA
11

12

13

14  UNITED STATES OF AMERICA,              CASE NO. 1:18-CR-00031-LJO-SKO

15                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
16              v.                         FINDINGS; ORDER

17  JUAN PABLO CISNEROS-OROZCO,            DATE: April 9, 2018
                                           TIME: 8:30 a.m.
18                    Defendant.           COURT: Hon. Lawrence J. O'Neill

19

20

21

22

23                           **STIPULATION**

24       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

25  through defendant's counsel of record, hereby stipulate as follows:

26       1.      By previous order at the status conference on March 19, 2018, this matter was set for

27  status on April 9, 2018.  Time was inadvertently not excluded between March 19, 2018 and April 9,

28  2018.

    STIPULATION REGARDING EXCLUDABLE TIME          1
    PERIODS UNDER SPEEDY TRIAL ACT

2. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2018 to April 9, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/

/

/

/

/

/

/

/

/

/

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1       3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6

7   Dated:  March 23, 2018                          McGREGOR W. SCOTT
                                     United States Attorney

8

9                                     /s/ VINCENZA RABENN
                                  VINCENZA RABENN
                                  Assistant United States Attorney

10

11

12  Dated:  March 23, 2018                           /s/ John Garland
                                    John Garland
                                  Counsel for Defendant

13                                    JUAN PABLO CISNEROS-

14                                    OROZCO

15

16

17

18  **FINDINGS AND ORDER**

19

20

21  IT IS SO ORDERED.

22      Dated:   **March 26, 2018**                 **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE

23

24

25

26

27

28